# Court of Appeals
# of the State of Georgia

ATLANTA,  March 17, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1329. JAVONTA CONEY v. THE STATE.**

In this trafficking in marijuana prosecution, Javonta Coney filed pro se motions for a bill of particulars and to file additional motions, which the trial court denied. Coney then filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Here, it is clear that this case is still pending in the trial court and thus, the orders Coney seeks to appeal are non-final orders. In order to appeal these rulings, Coney was required to follow the interlocutory appeal procedures, which include obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996). Coney's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/17/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*